UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                             No. 04-72180

v.                                                   District Judge Paul D. Borman
                                                      Magistrate Judge R. Steven Whalen

ELI HARVEY,

    Defendant.
_____/

## ORDER

For the reasons stated on the record on November 13, 2014, Defendant's Motion to Stay Writ of Garnishment and for Evidentiary Hearing [Docket #69], having been referred for hearing and determination pursuant to 28 U.S.C. §636(b)(1)(A), is DENIED AS MOOT.[1]

IT IS SO ORDERED.

                                                      s/R. Steven Whalen
                                                      R. STEVEN WHALEN
                                                      UNITED STATES MAGISTRATE JUDGE

Dated: December 5, 2014

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent to parties of record on December 5, 2014, electronically and/or by U.S. mail.

                                                      s/Carolyn M. Ciesla
                                                    Case Manager

---

[1] In lieu of garnishment, the parties placed the terms of a payment plan on the record.