UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                                                   No. 04-72180

                                                                        Paul D. Borman
v.                                                                    United States District Judge

                                                                        R. Steven Whalen
ELI HARVEY,                                                 United States Magistrate Judge

    Defendant.
_____/

ORDER (1) ADOPTING MAGISTRATE JUDGE R. STEVEN WHALEN'S OCTOBER 22, 2015 REPORT AND RECOMMENDATION (ECF NO. 79), (2) DENYING DEFENDANT'S MOTION TO STAY AND CONDUCT AN EVIDENTIARY HEARING (ECF NO. 74) AND (3) GRANTING PLAINTIFF'S REQUEST FOR A WRIT OF CONTINUING GARNISHMENT (ECF NO. 78)

On October 22, 2015, Magistrate Judge R. Steven Whalen issued a Report and Recommendation to Deny Defendant's Motion to Stay and for an Evidentiary Hearing and to Grant Plaintiff's Request for a Continuing Writ of Garnishment. (ECF No. 79, Report and Recommendation.) Having reviewed the Report and Recommendation, and there being no timely objections from either party under 28 U.S.C. § 636(b)(1) and E.D. Mich L. R. 72.1(d), the Court ADOPTS the Report and Recommendation, DENIES Defendant's Motion to Stay and for an Evidentiary Hearing (ECF No. 74), and GRANTS Plaintiff's Application for Writ of Continuing Garnishment (ECF No. 78).

IT IS SO ORDERED.

                                                             s/Paul D. Borman
                                                             PAUL D. BORMAN
Dated: January 11, 2016                UNITED STATES DISTRICT JUDGE

1

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on January 11, 2016.

                                              s/Deborah Tofil
                                              Case Manager